IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JOHN WAYS, | : | |
| Petitioner | : | Civ. No. 23-20843 (RMB) |
| v. | : | **OPINION** |
| JOHN MATHES, et al., | : | |
| Respondents | : | |

This matter comes before the Court upon Petitioner John Ways' emergency petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the Bureau of Prison's removal of his vested earned Time Credits under the First Step Act. (Pet., Dkt. No. 1.) Legal mail from this Court, sent to Petitioner at the address he provided, the Federal Correctional Institution at Fort Dix, New Jersey, was returned on November 2, 2023, because Petitioner is no longer confined in FCI Fort Dix. (Dkt. No. 3.) Petitioner has not advised this Court of his forwarding address.

I. **DISCUSSION**

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address[es] within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. *See Archie v. Dept. of Corr.*, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

## II. CONCLUSION

The Court will dismiss the habeas petition without prejudice pursuant to Local Civil Rule 10.1(a), subject to reopening upon good cause shown, with Petitioner's notice of his new address.

An appropriate order follows.

**Dated:  November 29, 2023**

 s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**Chief United States District Judge**